United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 5, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-51204
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BURNIS ALLEN CARRIGAN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
(W-02-CR-107-1)
--------------------

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Burnis Carrigan was convicted by a jury of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Carrigan argues on appeal that the evidence was insufficient to support the verdict.

In an insufficiency claim, we review the evidence to determine whether any rational trier of fact could have found that it establishes guilt beyond a reasonable doubt. See United States v. Burns, 162 F.3d 840, 847 (5th Cir. 1998). In evaluating the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sufficiency of the evidence, we view all evidence and all reasonable inferences drawn from it in the light most favorable to the government. See United States v. Gourley, 168 F.3d 165, 168-69 (5th Cir. 1999). As Carrigan properly preserved this issue by moving for a judgment of acquittal at the close of the government's case and at the close of all evidence, our review is plenary. See United States v. Izydore, 167 F.3d 213, 219 (5th Cir. 1999).

Our review of the record convinces us that the testimony introduced at trial was sufficient for the jury to find Carrigan guilty beyond a reasonable doubt. See Burns, 162 F.3d at 847. Accordingly, the judgment of the trial court is

AFFIRMED.